The Court of Criminal Appeals granted in part the defendant's petition for the writ of mandamus. State v. Matthews,724 So.2d 1140 (Ala.Cr.App. 1998) (on application for rehearing). Pursuant to Rule 21 (e)(3), Ala. R. App. P., this Court has treated the defendant's request for the writ of mandamus as a petition for a writ of certiorari under Rule 39, Ala. R. App. P., and has granted review. The judgment of the Court of Criminal Appeals is affirmed.
AFFIRMED.
HOOPER, C.J., and MADDOX, ALMON, SHORES, KENNEDY, COOK, SEE, and LYONS, JJ., concur.
 *Page 1